IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MONISHA JACKSON and JESSICA PRICE | § § § | |
| Plaintiffs, | § | No. 05-4022 |
| | § | |
| v. | § | JURY DEMAND |
| | § | |
| GEORGE E. CUMMINGS and LEE'S TRUCKING, INC. | § § § | |
| Defendants | § | |

**O R D E R**

BE IT REMEMBERED that on this day, came on for consideration the Agreed Motion for Dismissal filed by Plaintiff, Jessica Price, and Defendants George E. Cummings and Lee's Trucking, Inc. in the above-entitled and numbered cause of action, and it appearing to the Court that said Plaintiff Jessica Price and Defendants have settled the matters in dispute in this cause, and that they jointly request the signing and entry of this Order of Dismissal.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that the claims of Plaintiff Jessica Price against Defendants George E. Cummings and Lee's Trucking, Inc. are dismissed with prejudice with costs of court to be paid by the party incurring the same.

SIGNED this 21st day of November, 2005.

/s/ Harry F. Barnes
JUDGE PRESIDING